UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| IN RE: | § | |
|---|---|---|
| | § | Case No. 19-30599 |
| Marcus Deshun Furlough, Sr. | § | Chapter 13 |
| Debtor, | § | |
| | § | |
| U.S. Bank Trust National Association, | § | |
| as Trustee of Bungalow Series F Trust | § | |
| Movant, | § | |
| | § | |
| | § | |
| | § | |
| Marcus Deshun Furlough, Sr | § | |
| Respondent | § | |

## LETTER AGREEMENT/STIPULATION REGARDING AMENDED DEBTOR'S CHAPTER 13 PLAN [DOC # 43]

JUDGE: Harlin DeWayne Hale    DEBTOR ATTY: Megan K. Price
CREDITOR ATTY: Richard E. Anderson

**D.(1) Pre-Petition Mortgage Arrearage:**

| MORTGAGEE | SCHED. AMT | DATE APR. THROUGH | % | TERM(APPROXIMATE) MONTHS | TREATMENT |
|---|---|---|---|---|---|
| BSI Financial 1846 E. Ledbetter Drive | $29,359.37 | | 5.0% | Month(s) 1-57 | Pro-Rata |

Debtor will be responsible for paying ongoing taxes and insurance on Debtor's residence directly. In addition, Debtor shall keep the Property insured against all loss by fire, windstorm, vandalism or other hazard in at least an amount sufficient to pay Movant the total amount of its claim, and that proof of such insurance shall at all times be furnished to Movant, without demand or other requirement.

Debtor will also include $2,833.00 to be paid through the plan for post-petition mortgage arrears for insurance amounts paid by Movant post-petition.

The Debtor agrees that the Plan is changed as set forth above and the Confirmation Order will reflect the above changes. Unless otherwise requested, the Order containing the necessary adjustments to the Plan, will be submitted to the court without further notice.

Accepted:

DEBTOR ATTORNEY                                    CREDITOR'S ATTORNEY

/s/Megan K. Price                                  /s/Richard. Anderson
Megan K. Price                                     Richard E. Anderson
Price and Price Law, P.C.                          Anderson Vela, LP
10,000 North Central Expressway                    4920 Westport Drive
Suite 400                                          The Colony, Texas 75056
megan@priceandpricelawfirm.com                     214 276 1545 Tel.
Attorney for Debtor                                214 276 1546 Fax
                                                   RAnderson@Andersonvela.com
                                                   Counsel for Creditor